IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERRY WAYNE GREEN                                                                    PETITIONER

VS.                       NO.4:02CR00104-01-WRW
                              4:04CV01026-WRW

UNITED STATES OF AMERICA                                                          RESPONDENT

## ORDER

Pending is Petitioner's Motion to Vacate, Set Aside, or Correct His Sentence under 28 U.S.C. § 2255 (Doc. No. 44).

### I.  BACKGROUND

Petitioner pled guilty to one count felon in possession of a firearm, a violation of 18 U.S.C. § 922(g)(1).  On January 24, 2003, he was sentenced to 89 months in prison.  Petitioner appealed and the Eighth Circuit affirmed the judgment in an October 14, 2003 Order.

### II.  DISCUSSION

Petitioner bring this claims under 28 U.S.C. § 2255.  Petitioner asserts that there was "lack of jurisdiction to prosecute under § 922(g)" and that the statute is unconstitutional.[1] Petitioner contends that the United State Supreme Court's decisions in *United States v. Morrison*[2] and *Jones v. United States*[3] call into question the constitutionality of 18 U.S.C. § 922(g), and support his position.

---

[1] Doc. No. 44.

[2] 529 U.S. 598.

[3] 529 U.S. 848.

Petitioner's claim is without merit. The Eighth Circuit has "repeatedly rejected constitutional challenges to 18 U.S.C. § 922(g)."[4]

Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct His Sentence under 28 U.S.C. § 2255 (Doc. No. 44) is DENIED and this case is DISMISSED.

IT IS SO ORDERED this 13th day of September, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[4] *United States v. Gary*, 341 F.3d 829, 835 (8th Cir. 2003); *See also United States v. Shepherd*, 284 F.3d 965, 969 (8th Cir. 2002); *United States v. Bates*, 77 F.3d 1101, 1104 (8th Cir. 1996).